IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
ANCHORAGE DIVISION

ERIKA STOYE,

            Plaintiff,

Vs

**GEICO GENERAL INSURANCE COMPANY**,
            Defendant.

**Case No. 3:11-cv-00074-SLG**

## STIPULATION FOR DISMISSAL

IT IS NOW HEREBY STIPULATED and agreed by and between the parties hereto, through their respective counsel of record, that all claims in the above-entitled action be dismissed with prejudice and without costs or attorney fees to any of the parties, for the reason that the issues presented have been fully resolved.

This Stipulation for Dismissal is in accordance with Rule 41(a)(1)(B) of the Federal Rules of Civil Procedure providing that an action may be dismissed without order of the court by filing a Stipulation for Dismissal signed by all parties. The parties certify that the settlement information required under AS 09.68.130 and Alaska Civil Rule 41(a)(3) will be submitted to the Alaska Judicial Council within thirty (30) days.

STIPULATION FOR DISMISSAL - 1
*Stoye v. Geico Gen. Ins. Co.*, Case No. 3:11-cv-00074-SLG
304020(120-584)

DATED at Anchorage, Alaska, this ___ day of January, 2012.

                         /s/
                         Michaela Kelley Canterbury
                         KELLEY & CANTERBURY, LLC
                         821 N Street, Suite 205
                         Anchorage, Alaska 99501
                         PH: (907) 276-8185
                         FAX: (907) 279-3829
                         E-mail: Michaela@kelleyandcanterbury.com
                         ABA No. 9411089

                         *Attorneys for Plaintiff*

DATED at Anchorage, Alaska, this 25th day of January, 2012.

                         /s/
                         David S. Carter
                         HUGHES GORSKI SEEDORF ODSEN &
                         TERVOOREN, LLC
                         3900 C Street, Suite 1001
                         Anchorage, Alaska 99503
                         PH: (907) 274-7522
                         FAX: (907) 263-8320
                         E-mail: dcarter@hglawfirm.net
                         ABA No. 8411105

                         *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2012, a true and correct copy of the foregoing was served via the court's ECF system on *Michaela K. Canterbury*.

s/ David S. Carter
_____